A. Troy Hunter, WSBA No. 29243
Justin P. Walsh, WSBA No. 40696
Issaquah Law Group, PLLC
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
troy@issaquahlaw.com
justin@issaquahlaw.com
Tel (425) 313-1184
Fax (425) 313-1858

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| TRACY E. MESECHER and CHARICE A. MESECHER, husband and wife, and MIKAYALA M. REYNOLDS,<br><br>Plaintiffs,<br><br>v.<br><br>LOWES COMPANIES, INC., a corporate entity; MONSANTO COMPANY, a corporate entity; and H.D HUDSON MANUFACTURING COMPANY,<br><br>Defendants. | NO. 2:17-cv-00299-RMP<br><br>CORPORATE DISCLOSURE STATEMENT |

COMES NOW Defendant Lowe's Companies, Inc., by and through its counsel of record, A. Troy Hunter and Justin P. Walsh of Issaquah Law Group, PLLC, and makes the following statements pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    1.    Lowe's Companies, Inc., is a non-governmental corporate party.

DEF. LOWE'S COMPANIES, INC.'S CORPORATE DISCLOSURE STATEMENT - 1

**ISSAQUAH LAW GROUP, PLLC**
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
P: (425) 313-1184
F: (425) 313-1858

2. Lowe's Companies, Inc. is a publicly traded company. No publicly held corporation owns 10% or more of the stock of Lowe's Companies, Inc.

DATED this 20th day of October, 2017.

                                  ISSAQUAH LAW GROUP, PLLC

                                  /s/ A. Troy Hunter
                                  A. Troy Hunter, WSBA No. 29243

                                  A. Troy Hunter, WSBA No. 29243
                                  Justin P. Walsh, WSBA No. 40696
                                  Issaquah Law Group, PLLC
                                  410 Newport Way Northwest, Suite C
                                  Issaquah, WA 98027
                                  troy@issaquahlaw.com
                                  justin@issaquahlaw.com
                                  Tel (425) 313-1184
                                  Fax (425) 313-1858
                                  Attorneys for Defendant Lowe's Companies, Inc.

DEF. LOWE'S COMPANIES, INC.'S CORPORATE DISCLOSURE STATEMENT - 2

ISSAQUAH LAW GROUP, PLLC
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
P: (425) 313-1184
F: (425) 313-1858

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the United States of America, that on the date noted below, a true and correct copy of the foregoing was delivered and/or transmitted in the manner(s) noted below:

| | | |
|---|---|---|
| John A. Bardelli, WSBA No. 05498<br>606 N. Pines Road, Suite 201<br>Spokane, WA 99216 | *Attorney for Plaintiffs* | [ ] Via Messenger<br>[ ] Via Email<br>[ ] Via Certified Mail<br>[ ] Via U.S. Mail<br>[X] Via ECF |
| Geana Van Dessel, WSBA No. 35969<br>Lee & Hayes, PLLC<br>601 W Riverside Ave, Ste 1400<br>Spokane, WA 99201 | *Attorney for Defendant Monsanto Company* | [ ] Via Messenger<br>[ ] Via Email<br>[ ] Via Certified Mail<br>[ ] Via U.S. Mail<br>[X] Via ECF |

DATED this 23rd day of October, 2017.

/s/ Eva M. Lee
Eva M. Lee, Legal Assistant

DEF. LOWE'S COMPANIES, INC.'S CORPORATE DISCLOSURE STATEMENT - 3

ISSAQUAH LAW GROUP, PLLC
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
P: (425) 313-1184
F: (425) 313-1858