1    GEANA M. VAN DESSEL, WSBA #35969
     LEE & HAYES, PLLC
2    601 West Riverside Avenue, Suite 1400
     Spokane, Washington 99201
3    Phone: (509) 324-9256

4

     *Attorney for Defendant Monsanto Company*
5

6                    **UNITED STATES DISTRICT COURT**
7                    **EASTERN DISTRICT OF WASHINGTON**

8    TRACY E. MESECHER and              NO. 2:17-cv-00299-RMP
     CHARICE A. MESECHER,
9    husband and wife, and
     MIKAYALA M. REYNOLDS,              MONSANTO COMPANY'S
10                                      CORPORATE DISCLOSURE
                         Plaintiffs,    STATEMENT PURSUANT TO
11                                      FEDERAL RULE OF CIVIL
          v.                            PROCEDURE 7.1
12
     LOWES COMPANIES, INC., a
13   corporate entity; MONSANTO
     COMPANY, a corporate entity; and
14   H.D. HUDSON MANUFACTURING
     COMPANY,
15
                         Defendants.
16

17        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto

18   Company states that it does not have a parent corporation, and no publicly-held

19   corporation owns more than 10% of its stock.

20   / / /

     MONSANTO COMPANY'S CORPORATE              LEE & HAYES, PLLC
     DISCLOSURE STATEMENT - 1                  601 West Riverside Avenue, Suite 1400
                                               Spokane, Washington 99201
                                               Telephone: (509) 324-9256 Fax: (509) 323-8979

1    DATED this 4th day of December, 2017.

2

3                              s/ Geana M. Van Dessel
                             Geana M. Van Dessel, WSBA #35969
4                            Attorneys for Defendant Monsanto Company
                             Lee & Hayes, PLLC
5                            601 W. Riverside Avenue, Suite 1400
                             Spokane, WA 99201
6                            Telephone: (509) 324-9256
                             Fax: (509) 323-8979
7                            Email: geanav@leehayes.com

8

9

10

11

12

13

14

15

16

17

18

19

20

MONSANTO COMPANY'S CORPORATE
DISCLOSURE STATEMENT - 2

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

## CERTIFICATE OF SERVICE

I certify that on December 4, 2017, I caused Monsanto Company's Corporate Disclosure Statement to be electronically filed with the Clerk of the Court using the CM/ECF System which automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I certify that on the same day I caused to be served a true and correct copy of the foregoing document by the method indicated upon:

| John A. Bardelli<br>Attorney at Law<br>606 N. Pines Road, Suite 201<br>Spokane Valley, WA 99206-6711<br>Counsel for Plaintiffs | _X_ U.S. Mail<br>___ Hand Delivery<br>___ Facsimile<br>_X_ Email: jabardelli@aol.com |
| --- | --- |

s/ Geana M. Van Dessel

Geana M. Van Dessel, WSBA #35969
Attorneys for Defendant Monsanto Company
Lee & Hayes, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Fax: (509) 323-8979
Email: geanav@leehayes.com

MONSANTO COMPANY'S CORPORATE
DISCLOSURE STATEMENT - 3

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979